## KLANT v. TERRE HAUTE BREWING COMPANY.

[No. 12,828.   Filed April 29, 1927.   Rehearing denied July 1, 1927.]

From Industrial Board of Indiana.

Action between Cora M. Klant and the Terre Haute Brewing Company. From the award made, the former appeals. *Affirmed.* By the court in banc.

*Donald Baker* and *Fenton, Steers, Herbst & Klee,* for appellant.

*White & Wright,* for appellee.

PER CURIAM.—Affirmed.

Dausman, J., absent.

---

## RICHARDSON, ADMINISTRATOR, ET AL. v. SCHRAMM ET AL.

[No. 12,965.   Filed March 18, 1927.   Rehearing denied July 1, 1927.]

From Henry Circuit Court; *John Rufus Hinshaw,* Judge.

Action between Guy Richardson, administrator, and others and Pauline Schramm and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Charles L. Tindall,* for appellants.

*Christian J. Emhardt, Edward C. Eikman* and *Scotten & Morris,* for appellees.

PER CURIAM.—Judgment affirmed.

Dausman, J., absent.

---

## DICKEN ET AL. v. SHARP, RECEIVER, ETC.

[No. 12,776.   Filed May 27, 1927.   Rehearing denied July 1, 1927.]

From Miami Circuit Court; *Hurd J. Hurst,* Judge.

Action between Burr W. Dicken and Evaline Dicken and William H. Sharp. From the judgment rendered, the former appeal. *Affirmed.* By the court in banc.

*Russell J. Wildman, John A. Kersey* and *Mead S. Hays,* for appellants.

*D. F. Brooks, York & Rees* and *Plummer & Plummer,* for appellee.

PER CURIAM.—Affirmed.

Dausman, J., absent.